NO. 26517

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

RONALD G.S. AU, Respondent.

------------------------------------------------------------------

In re Application for Reinstatement of RONALD G.S. AU,
Petitioner.

---

(ODC 95-242-4701, ODC 97-213-5407, 98-064-5555)

ORDER DENYING PETITION FOR REINSTATEMENT
(By:  Recktenwald, C.J., Nakayama, J.,
Circuit Judge Crandall in place of Acoba, J., recused,
Circuit Judge Trader in place of Duffy, J., recused,
and Circuit Judge McKenna, assigned by reason of vacancy)

Upon consideration of the "Disciplinary Board's Report and Recommendation Denying Reinstatement of Ronald G.S. Au to the Practice of Law," the record, and the briefs of the parties, it appears that Petitioner Au was suspended from the practice of law for 5 years, effective July 22, 2005.  It further appears that during the period of suspension, Petitioner Au represented himself and a company, Gourmet Delite, Inc., in arbitrating issues concerning a business lease, a violation of Rule 2.17(a)

of the Rules of the Supreme Court of the State of Hawaiʻi. Petitioner Au was entitled to represent himself in the arbitration, but he could not represent Gourmet Delite, Inc. *See Oahu Plumbing v. Kona Construction, Inc.*, 60 Haw. 372, 590 P.2d 570 (1979) and *ODC v. Gould*, 119 Hawaiʻi 265, 195 P.3d 1197 (2008). Petitioner Au's arguments that his representation of Gourmet Delite, Inc. was authorized by HRS chapter 658A are without merit. In light of Petitioner Au's practice while suspended, we see no need to address in detail the other points raised by him, and merely note we find them without merit. In light of the above,

IT IS HEREBY ORDERED that Petitioner Au's Petition for Reinstatement is denied.

IT IS FURTHER ORDERED that Petitioner Au may not seek reinstatement before December 31, 2012.

DATED: Honolulu, Hawaiʻi, January 10, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Virginia L. Crandall

/s/ Rom A. Trader

/s/ Sabrina S. McKenna



2